FILED

2019 Jul-29  PM 02:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

**Award**
**FINRA Office of Dispute Resolution**

In the Matter of the Arbitration Between:

Claimants                                             Case Number: 17-01368
Jerry & Louise Trawick
Richard & Marilyn Bjornas
Chad & Michelle Greer

      vs.

Respondents                                          Hearing Site: Atlanta, Georgia
Berthel, Fisher & Company Financial Services, Inc.
Jerry Dewayne McCutchen, Sr.
Thomas Joseph Berthel
Ronald Odin Brendengen
Richard Maurice Murphy

Nature of the Dispute: Customers vs. Member and Associated Persons

This case was decided by an all-public panel.

## REPRESENTATION OF PARTIES

For Claimants Jerry & Louise Trawick ("Trawicks"), Richard & Marilyn Bjornas
("Bjornases") and Chad & Michelle Greer ("Greers"), hereinafter collectively referred to
as "Claimants": Michael C. Bixby, Esq., Levin, Papantonio, Thomas, Mitchell, Rafferty &
Proctor, P.A., Pensacola, Florida.

For Respondents Berthel, Fisher & Company Financial Services, Inc. ("Berthel Fisher"),
Jerry Dewayne McCutchen, Sr. ("McCutchen"), Thomas Joseph Berthel ("Berthel"),
Ronald Odin Brendengen ("Brendengen") and Richard Maurice Murphy ("Murphy"),
hereinafter collectively referred to as "Respondents": Vincent D. Louwagie, Esq.,
Anthony Ostlund Baer & Louwagie P.A., Minneapolis, Minnesota.

## CASE INFORMATION

Statement of Claim filed on or about: May 24, 2017.
Claimants signed the Submission Agreement: May 24, 2017.

Statement of Answer filed by Berthel Fisher, Berthel, Brendengen and Murphy on or
about: July 19, 2017.
Statement of Answer filed by McCutchen on or about: August 30, 2017.
Berthel Fisher, Berthel, Brendengen and Murphy signed Submission Agreements: July
19, 2017.
McCutchen signed the Submission Agreement: September 15, 2017.

FINRA Office of Dispute Resolution
Arbitration No.  17-01368
<u>Award Page 2 of 7</u>

## **CASE SUMMARY**

Claimants asserted the following causes of action: violations of the Alabama Securities Act; breach of fiduciary duty; violation of FINRA/NYSE rules; breach of contract and negligence; negligent supervision; fraudulent inducement to hold investment; and control person liability under Alabama and federal securities laws. The causes of action relate to Claimants' investment in equipment leases, Direct Participation Programs and the following real estate investment trusts ("REITs"): American Realty Capital Trust; Atel Fund 14; Behringer Harvard Multifamily REIT I; Cole Credit Property Trust III; Hines Global REIT; ICON Equipment and Corporate Infrastructure; Noble Royalty Access Fund V; Northstar Income Opportunity REIN T; United Development Funding IV; and Virtus Storage Investment IV.

Unless specifically admitted in their Statement of Answer, Berthel Fisher, Berthel, Brendengen and Murphy denied the allegations made in the Statement of Claim and asserted various affirmative defenses.

Unless specifically admitted in his Statement of Answer, McCutchen denied the allegations made in the Statement of Claim.

## **RELIEF REQUESTED**

In the Statement of Claim, Claimants requested:
1. Actual damages of no less than $626,000.00 (being estimated losses in excess of $272,000.00 for the Trawicks, $180,000.00 for the Bjornases and $174,000.00 for the Greers);
2. Damages for the loss of income that would have been received had Claimants' money been managed properly, as well as all other losses, foreseeable or not, including non-pecuniary losses;
3. Disgorgement and return of all fees, management charges and commissions;
4. Interest on Claimants' losses at the legal rate;
5. Claimants' costs, legal fees and expenses;
6. Rescission and/or statutory damages;
7. Punitive damages; and
8. Such other and additional damages and relief which the Panel deems just and equitable.

In the Statement of Answer, Berthel Fisher, Berthel, Brendengen and Murphy requested:
1. Dismissal of the Statement of Claim in its entirety;
2. Costs and expenses, including FINRA filing and hearing fees and surcharges, incurred in defending this matter; and
3. Such other and further relief as the Panel deems just under the circumstances

In his Statement of Answer, McCutchen did not set forth a relief request.

FINRA Office of Dispute Resolution
Arbitration No.  17-01368
<u>Award Page 3 of 7</u>

## **OTHER ISSUES CONSIDERED AND DECIDED**

The Arbitrators acknowledge that they have each read the pleadings and other materials filed by the parties.

On October 13, 2017, McCutchen filed a Motion to Dismiss Statement of Claim as Ineligible under Rule 12206 of the Code of Arbitration Procedure ("Code"). That same day, Berthel Fisher, Berthel, Brendengen and Murphy also filed a Motion to Dismiss the Claims as Barred by the Six-Year Eligibility Rule. On December 1, 2017, Claimants filed an Omnibus Opposition to Respondents' respective Rule 12206 Eligibility Motions to Dismiss. On December 15, 2017, McCutchen filed a Reply in further of his motion to dismiss. That same day, Berthel Fisher, Berthel, Brendengen and Murphy filed their Reply in support of their motion to dismiss.

On February 15, 2018, the Panel conducted a recorded telephonic pre-hearing conference to hear oral arguments on Respondents' respective motions to dismiss. By Order dated February 16, 2018, the Panel denied both motions to dismiss and advised that Respondents may re-raise their motions to dismiss at the conclusion of Claimants' case-in-chief at the evidentiary hearing.

On October 23, 2018, Respondents' counsel entered a notice of appearance as counsel for McCutchen. Prior to that, McCutchen was separately represented by another counsel.

On March 14, 2019, Claimants' counsel filed a letter advising that Claimant Richard Bjornas passed away and that Claimant Marilyn Bjornas will continue to pursue her individual claims, as well as those of the estate of Richard Bjornas as the estate's executor. The letter also included a stipulation by the parties to substitute Marilyn Bjornas as the executor of the estate of Richard Bjornas for Richard Bjornas. During the evidentiary hearing, the Panel accepted the parties' stipulation and thereafter referred to Marilyn Bjornas individually and as the executor of the estate of Richard Bjornas collectively as the "Bjornases."

During the evidentiary hearing, after the conclusion of Claimants' case-in-chief, Respondents orally moved for dismissal of Claimants' claims based on Rules 12206 and 12504(b) of the Code. Claimants orally opposed the motion. After due deliberation, the Panel denied the motion on the record at the evidentiary hearing.

The parties have agreed that the Award in this matter may be executed in counterpart copies or that a handwritten, signed Award may be entered.

## **AWARD**

After considering the pleadings, the testimony and evidence presented at the hearing, and the post-hearing submissions, the Panel has decided in full and final resolution of the issues submitted for determination as follows:

FINRA Office of Dispute Resolution
Arbitration No.  17-01368
Award Page 4 of 7

**Trawicks' Claims**

1.  Respondents are jointly and severally liable for and shall pay to the Trawicks:
    a)  The amount of $231,827.00 in compensatory damages; and
    b)  Interest on the amount of $231,827.00 at the 7.5% per annum pursuant to AL Code 8-8-10 from the date of service of the Award until the amount of $231,827.00 is paid in full.

2.  Berthel Fisher is liable for and shall pay to the Trawicks the amount of $50,000.00 in punitive damages pursuant to AL Code 6-11-20.

3.  McCutchen is liable for and shall pay to the Trawicks the amount of $10,000.00 in punitive damages pursuant to AL Code 6-11-20.

**Bjornases' Claims**

1.  Respondents are jointly and severally liable for and shall pay to the Bjornases:
    a)  The amount of $220,288.00 in compensatory damages; and
    b)  Interest on the amount of $220,288.00 at the 7.5% per annum pursuant to AL Code 8-8-10 from the date of service of the Award until the amount of $220,288.00 is paid in full.

2.  Berthel Fisher is liable for and shall pay to the Bjornases the amount of $50,000.00 in punitive damages pursuant to AL Code 6-11-20.

3.  McCutchen is liable for and shall pay to the Bjornases the amount of $10,000.00 in punitive damages pursuant to AL Code 6-11-20.

**Greers' Claims**

1.  Respondents are jointly and severally liable for and shall pay to the Greers:
    a)  The amount of $169,420.00 in compensatory damages; and
    b)  Interest on the amount of $169,420.00 at the 7.5% per annum pursuant to Alabama Code AL Code 8-8-10 from the date of service of the Award until the amount of $169,420.00 is paid in full.

2.  Berthel Fisher is liable for and shall pay to the Greers the amount of $50,000.00 in punitive damages pursuant to AL Code 6-11-20.

3.  McCutchen is liable for and shall pay to the Greers the amount of $10,000.00 in punitive damages pursuant to AL Code 6-11-20.

**Claimants' Claims**

Respondents are jointly and severally liable for and shall pay to Claimants:

FINRA Office of Dispute Resolution
Arbitration No.  17-01368
Award Page 5 of 7

   a)  The amount of $248,614.00 in attorneys' fees pursuant to AL Code
       8-6-19; and
   b)  The amount of $110,966.00 in costs and other damages.

## All Other Claims

Any and all claims for relief not specifically addressed herein are denied.

## FEES

Pursuant to the Code, the following fees are assessed:

## Filing Fees

FINRA Office of Dispute Resolution assessed a filing fee* for each claim:

Initial Claim Filing Fee                                            =$ 1,725.00

*The filing fee is made up of a non-refundable and a refundable portion.*

## Member Fees

Member fees are assessed to each member firm that is a party in these proceedings or to the member firm(s) that employed the associated person(s) at the time of the event(s) giving rise to the dispute. Accordingly, as a party, Berthel Fisher is assessed the following:

Member Surcharge                                                   =$ 2,475.00
Member Process Fee                                                =$ 5,075.00

## Discovery-Related Motion Fee

Fees apply for each decision rendered on a discovery-related motion.

One (1) decision on a discovery-related motion on the papers
with one (1) arbitrator @ $200.00/decision                        =$200.00

Claimants submitted (1) discovery-related motion

---

Total Discovery-Related Motion Fees                               =$200.00

The Panel has assessed $100.00 of the discovery-related motion fees jointly and severally to Claimants.
The Panel has assessed $100.00 of the discovery-related motion fees jointly and severally to Respondents.

## Hearing Session Fees and Assessments

The Panel has assessed hearing session fees for each session conducted. A session is any meeting between the parties and the arbitrator(s), including a pre-hearing conference with the arbitrator(s), that lasts four (4) hours or less. Fees associated with these proceedings are:

FINRA Office of Dispute Resolution
Arbitration No.  17-01368
<u>Award Page 6 of 7</u>

One (1) pre-hearing session with a single arbitrator @ $450.00/session      =$450.00
Pre-hearing conference:    April 11, 2019                    1 session

Two (2) pre-hearing sessions with the Panel @ $1,300.00/session       =$2,600.00
Pre-hearing conferences:  September 18, 2017       1 session
                                          February 15, 2018          1 session

Twenty (20) hearing sessions @ $1,300.00/session                        =$26,000.00
Hearing Dates:                November 12, 2018       2 sessions
                                       November 13, 2018       2 sessions
                                       November 14, 2018       3 sessions
                                       November 15, 2018       3 sessions
                                       November 16, 2018       2 sessions
                                       April 15, 2019              2 sessions
                                       April 16, 2019              2 sessions
                                       April 17, 2019              3 sessions
                                       April 18, 2019              1 session
_____
Total Hearing Session Fees                                               =$29,050.00

The Panel has assessed $13,875.00 of the hearing session fees jointly and severally to Claimants.
The Panel has assessed $15,175.00 of the hearing session fees jointly and severally to Respondents.

All balances are payable to FINRA Office of Dispute Resolution and are due upon receipt.

FINRA Office of Dispute Resolution
Arbitration No.  17-01368
<u>Award Page 7 of 7</u>

## <u>ARBITRATION PANEL</u>

| | | |
|---|---|---|
| Mark A. Myers | - | Public Arbitrator, Presiding Chairperson |
| Lita S. Menkin | - | Public Arbitrator |
| Mollie Wagner Neal | - | Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm that I am the individual described herein and who executed this instrument which is my award.

<u>Concurring Arbitrators' Signatures</u>

_____
Mark A. Myers
Public Arbitrator, Presiding Chairperson

_____7- //-/9_____
Signature Date

_____
Lita S. Menkin
Public Arbitrator

_____
Signature Date

_____
Mollie Wagner Neal
Public Arbitrator

_____
Signature Date


_____July 15, 2019_____
Date of Service (For FINRA Office of Dispute Resolution office use only)

Case 2:19-cv-01199-ACA   Document 1-1   Filed 07/26/19   Page 9 of 10

## ARBITRATION PANEL

| | | |
|---|---|---|
| Mark A. Myers | - | Public Arbitrator, Presiding Chairperson |
| Lita S. Menkin | - | Public Arbitrator |
| Mollie Wagner Neal | - | Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm that I am the individual described herein and who executed this instrument which is my award.

## Concurring Arbitrators' Signatures

_____

Mark A. Myers
Public Arbitrator, Presiding Chairperson

_____        Signature Date

Lita S. Menkin
Public Arbitrator

July 11 2019

Signature Date

_____        _____

Mollie Wagner Neal                     Signature Date
Public Arbitrator


July 15, 2019
_____
Date of Service (For FINRA Office of Dispute Resolution office use only)

## ARBITRATION PANEL

| | | |
|---|---|---|
| Mark A. Myers | - | Public Arbitrator, Presiding Chairperson |
| Lita S. Menkin | - | Public Arbitrator |
| Mollie Wagner Neal | - | Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm that I am the individual described herein and who executed this instrument which is my award.

**Concurring Arbitrators' Signatures**

_____          _____
Mark A. Myers                                                        Signature Date
Public Arbitrator, Presiding Chairperson


_____          _____
Lita S. Menkin                                                        Signature Date
Public Arbitrator

_Mollie W. Neal_                                                     _7/13/2019_
_____          _____
Mollie Wagner Neal                                                 Signature Date
Public Arbitrator


July 15, 2019
_____
Date of Service (For FINRA Office of Dispute Resolution office use only)