FILED
2019 Oct-28  PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
1729 5th Avenue North, Room 140
Birmingham, AL 35203

*FILED 2019 OCT 28  A 11: 02  U.S. DISTRICT COURT  N.D. OF ALABAMA*

Jerry Trawick; et al
      Plaintiff

Case Number: 2:19-cv-1199-ACA

Jerry D. McCutchen, Sr.
      Defendant

## REQUEST FOR EXTENSION

The notice of an October 22, 2019 deadline for a response to Plaintiff's response was not delivered to me.  Therefore, I request an extension until November 8, 2019.  The opposing counsel, Mr. Michael Bixby, informed me by telephone that he is fine with this extension.

Dated: October 25 2019

*(signature)*
Jerry D. McCutchen, Sr.