# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JERRY TRAWICK, et al.,** | } |
| Plaintiffs, | } |
| v. | }   Case No.:  2:19-cv-01199-ACA |
| **JERRY D. McCUTCHEN, SR.,** | } |
| Defendant. | } |

## ORDER

This case is before the court on Defendant Jerry D. McCutchen, Sr.'s motion for an extension of time to file a reply in support of his motion to vacate the arbitration award.  (Doc. 13).  There being no opposition and for good cause shown, the court **GRANTS** the motion.  Mr. McCutchen may file a reply **on or before November 8, 2019**.

The court asks the Clerk to mail a copy of this order to Mr. McCutchen.

**DONE** and **ORDERED** this October 29, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE