# UNITED STATES DISTRICT COURT
Northern District Court of Alabama
Office of the Clerk
1729 5th Avenue North, Room 140
Birmingham, AL 35203

FILED
2020 JAN -2  A 11: 24
U.S. ...
N.D. OF ALABAMA

Jerry Trawick; et al
    Plaintiff

Case Number: 2:19-cv-1199-ACA

Jerry D. McCutchen, Sr.
    Defendant

## Addendum to Motion to Vacate Award

Enclosed is a copy of the Finra order granting the Motion to Recuse. Arbitration Chairman Mark Myers was discovered to have a serious conflict of interest when he made the ruling of the award that I am requesting you to vacate. This conflict was so egregious that the Motion to Recuse was granted which is an extremely rare occurrence.

Please consider this additional information is our case.

Thank you for your attention and in this matter.

Dated: December 31, 2019

_____
Jerry D. McCutchen, Sr.



Financial Industry Regulatory Authority

| | |
|---|---|
| **TO:** | Stephen J. Holtman, Esq.<br>Peter J. McElligott<br>Peter J. Mougey, Esq.<br>Mickey B. Wright, Esq. |
| **CC:** | Mark Myers |
| **From:** | Christina R. Gates<br>Senior Case Administrator |
| **Subject:** | FINRA Office of Dispute Resolution Arbitration Number 17-01367<br>Gloria Otto, Keith Pearson, Sandra Green, et al. vs. Berthel, Fisher & Company Financial Services, Inc., et al. |
| **Date:** | December 9, 2019 |

Attached is an Order executed in this matter.

If you have any questions, please do not hesitate to contact me at 213-229-2357 or by email at Christina.Gates@finra.org.

CR2:cr2:LC58l
idr: 04/07/2017

RECIPIENTS:
Stephen J. Holtman, Esq., Simmons Perrine Moyer Bergman PLC, 115 Third Street SE, Suite
     1200, Cedar Rapids, IA 52401
On Behalf Of: Thomas Joseph Berthel; Ronald Odin Brendengen; Richard Maurice Murphy

Peter J. McElligott, Anthony Ostlund Baer & Louwagie, P.A., 90 South Seventh Street, Suite
     3600, Minneapolis, MN 55402
On Behalf Of: Berthel, Fisher & Company Financial Serv

Peter J. Mougey, Esq., Levin Papantonio, 316 S. Baylen Street, Suite 600, Pensacola, FL
     32502
On Behalf Of: Rhonda Adams; Sandra Green; Keith Pearson

Mickey B. Wright, Esq., Lloyd, Gray, Whitehead & Monroe, P.C., 880 Montclair Road, Suite 100,
     Birmingham, AL 35213
On Behalf Of: Jerry Dewayne McCutchen

Investor protection. Market integrity.   Office of Dispute Resolution   300 South Grand Avenue   t 213 613 2680
                                         West Regional Office          Suite 1700                www.finra.org
                                                                        Los Angeles, CA
                                                                        90071-3135

CC:
Mark Myers

**Gates, Christina**

**Subject:** FW: 17 01367 OTTO et al vs BERTHEL FISHER et al

**From:** Mark Myers
**Sent:** Monday, December 9, 2019 3:04 PM
**To:** Gates, Christina <Christina.Gates@finra.org>
**Cc:** Medina, Maria <Maria.Medina@finra.org>
**Subject:** Re: 17 01367 OTTO et al vs BERTHEL FISHER et al

**EXTERNAL:** Verify sender before opening attachments or links.

Christina,

Pls enter the following order:

-------------------------------------------

OTTO v B FISHER 17-01367
PANEL CHAIR ORDER ON MOTION TO RECUSE

A recorded telephonic hearing was held 12/4/19, on Respondents' Joint Motion to Recuse. All pleadings on the motion were reviewed. The telephonic hearing was conducted at the specific request of a party (Cl. Brief, Page 1, requesting "a hearing and an opportunity to be heard."). Participants in the call were:

- Mark Myers, Panel Chair
- Michael Bixby, Claimants Counsel
- Mickey Wright, McCutchen Counsel
- Vincent Louwagie, B. Fisher Counsel
- Stephen Holtman, Exec. Officers Counsel

After review of the pleadings and considering the arguments of counsel, Mark A. Myers withdraws from the arbitration panel in this matter.

Assessment of Fees: 50% to Claimants, 50% to Respondents, jointly and severally.

Ordered December 9, 2019.

/s/ Mark A. Myers

-----------------------------------

1