FILED

2020 Jan-29  PM 04:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JERRY TRAWICK, et al.,** | } | |
| | } | |
| **Petitioners,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:19-cv-01199-ACA** |
| | } | |
| **JERRY D. McCUTCHEN, SR.,** | } | |
| | } | |
| **Respondent.** | } | |

## ORDER

Consistent with the memorandum opinion entered contemporaneously with this order, the court **GRANTS** Petitioners' motion to confirm the arbitration award (doc. 1) and **DENIES** Respondent Jerry D. McCutchen's cross motion to vacate the award (doc. 7).  The court **CONFIRMS** the arbitration award in favor of Petitioners, pursuant to 9 U.S.C. § 9.

The court **ENTERS JUDGMENT** in favor of Petitioners and against Mr. McCutchen in the amounts below, as reflected in the arbitration award (*see* doc. 1-1 at 5–6):

1.   <u>Jerry and Louise Trawick's Claims</u>

Mr. McCutchen is jointly and severally liable with the other Respondents to the Trawicks in the amount of $231,827.00 in compensatory damages and interest

on that amount at the rate of 7.5% per annum from the date of the arbitration award until the amount of $231,827.00 is paid in full.

Mr. McCutchen is individually liable to the Trawicks in the amount of $10,000.00 in punitive damages.

2. <u>Marilyn Bjornas' Claims, Individually and as Executor of the Estate of Richard Bjornas</u>

Mr. McCutchen is jointly and severally liable with the other Respondents to Ms. Bjornas, individually and as Executor of the Estate of Richard Bjornas, in the amount of $220,288.00 in compensatory damages and interest on that amount at the rate of 7.5% per annum from the date of the arbitration award until the amount of $220,288.00 is paid in full.

Mr. McCutchen is individually liable to Ms. Bjornas, individually and as Executor of the Estate of Richard Bjornas, in the amount of $10,000.00 in punitive damages.

3. <u>Chad and Michelle Greer's Claims</u>

Mr. McCutchen is jointly and severally liable with the other Respondents to the Greers in the amount of $169,420.00 in compensatory damages and interest on that amount at the rate of 7.5% per annum from the date of the arbitration award until the amount of $169,420.00 is paid in full.

Mr. McCutchen is individually liable to the Greers in the amount of $10,000.00 in punitive damages.

4.   <u>All Petitioners</u>

Mr. McCutchen is jointly and severally liable with the other Respondents in the amount of $248,614.00 for attorney's fees.

Mr. McCutchen is jointly and severally liable with the other Respondents in the amount of $110,966.00 in costs and other damages.

The court asks the Clerk to close this action.

**DONE** and **ORDERED** this January 29, 2020.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

3